**Antonio CAIN, Plaintiff–Appellant,**

**v.**

**Cpl. MARTINEZ, Correctional facility/co; Officer Rideout, Riverside Regional Jail/correctional officer; Sgt. Whorley, Riverside Regional Jail/cor-** rectional officer; **Riverside Regional Jail, correctional facility; Sgt. Ronney, Riverside Regional Jail/correctional jail, Defendants–Appellees.**

No. 15–7269.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 11, 2015.

Decided: Dec. 28, 2015.

Antonio Cain, Appellant Pro Se.

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Cain appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny Cain's motion for appointment of counsel and affirm for the reasons stated by the district court. *Cain v. Martinez,* No. 1:15–cv–00968–TSE–IDD (E.D.Va. Aug. 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*